No. 89–321. CLYDE SANDOZ MASONRY CONTRACTORS, INC., ET AL. v. JOYCE, TRUSTEE OF THE BRICKLAYERS & TROWEL

TRADES INTERNATIONAL PENSION FUND, ET AL. C. A. D. C. Cir. Certiorari denied.